█ In the Matter of TERRELL LEE, Appellant-Respondent, v STATE OF NEW YORK, Respondent-Appellant. (Claim No. 107329.) [775 NYS2d 712]—Appeal and cross appeal from an order of the Court of Claims (Philip J. Patti, J.), entered January 27, 2003. The order granted in part and denied in part claimant's application for permission to file a late claim.

It is hereby ordered that said cross appeal be and the same hereby is unanimously dismissed upon stipulation and the order is affirmed without costs for reasons stated in decision at the Court of Claims. Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Scudder and Lawton, JJ.